| | |
|---|---|
| Richard S. Busch (SBN 319881) <br> *rbusch@kingballow.com* <br> **KING & BALLOW** <br> 2121 Avenue of the Stars, Suite 800 <br> Los Angeles, CA  90067 <br> Telephone:  424.253.1255 <br> Facsimile: 888.688.0482 <br> *Attorneys for Plaintiffs* <br> Dale Cruse et al. <br><br> DANIEL B. ASIMOW (SBN 165661) <br> *Daniel.asimow@mofo.com* <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> Three Embarcadero Center, 10th Floor <br> San Francisco, CA 94111 <br> Telephone: <br> Facsimile: <br> *Attorneys for Plaintiffs* <br> Dale Cruse et al. | Daralyn J. Durie (SBN 169825) <br> *ddurie@mofo.com* <br> Joseph C. Gratz (SBN 240676) <br> *jgratz@mofo.com* <br> Robert M. Paris (SBN 322229) <br> *rparis@mofo.com* <br> **MORRISON & FOERSTER LLP** <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: 415-268-7000 <br> Facsimile: 415-268-7522 <br><br> Austin M. Schnell (*pro hac vice*) <br> *aschnell@mofo.com* <br> **MORRISON & FOERSTER LLP** <br> 300 Colorado Street, Suite 1800 <br> Austin, Texas 78701 <br> Telephone: 512-617-0650 <br><br> *Attorneys for Defendant* <br> Block, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DALE CRUSE *et al*, <br><br> Plaintiffs, <br><br> . <br><br> BLOCK, INC., <br><br> Defendant. | Case No.: 3:22-cv-06401-WHO <br><br> **JOINT STIPULATION FOR DISMISSAL** <br><br> **Hon. William H. Orrick** <br><br> Second Amended Complaint Filed: June 22, 2023 |

1    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned
2  counsel of record for all remaining parties, pursuant to Federal Rule of Civil Procedure
3  41(a)(1)(A)(ii), that all claims, counterclaims, and third-party claims asserted by all
4  remaining parties in this action are hereby dismissed with prejudice.

6  IT IS SO STIPULATED

9  DATED:  March 4, 2024

| */s/* Richard S. Busch | */s/* Joseph C. Gratz |
|---|---|
| RICHARD S. BUSCH | JOSEPH C. GRATZ |
| **King & Ballow** | **Morrison & Foerster LLP** |
| Attorneys for Plaintiffs | Attorneys for Defendant Block, Inc. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 5, 2024

_____
THE HONORABLE WILLIAM H. ORRICK
United States District Judge

**Local Rule 5-1(i)(3) Attestation**

Pursuant to Civ. L.R. 5-1(i)(3), I, Richard S. Busch, attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing content and have authorized the filing.

Dated: March 4, 2024               KING & BALLOW

                                   /s/Richard S. Busch